OPINION — AG — ** MUNICIPAL TAXES — VOTERS — ELECTION — MOTEL TAX — HOTEL TAX ** CHARTER CITIES IN OKLAHOMA MAY `NOT', PURSUANT TO 68 O.S. 2705 [68-2705] LEVY A TAX ON THE RENTAL OF MOTEL AND HOTEL ROOMS UNLESS SUCH TAX IS APPROVED BY A MAJORITY VOTE OF THE REGISTERED VOTERS OF SUCH CITIES VOTING ON SUCH QUESTION IN THE MANNER PRESCRIBED BY STATE LAW. (TAXATION, MOTEL ROOMS) CITE: OPINION NO. 70-118, OPINION NO. 83-020, 11 O.S. 1-102 [11-1-102](1), 68 O.S. 2701 [68-2701] 68 O.S. 2705 [68-2705] (MARY F. WILLIAMS)